No. 74–1427. REUBEN L. ANDERSON-CHERNE, INC. *v.* COMMISSIONER OF REVENUE OF MINNESOTA. Appeal from Sup. Ct. Minn. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 74–6460. HERREN *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS;

No. 74–6498. COZZETTI *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA ET AL.; and

No. 74–6499. GOUDIE *v.* DISTRICT OF COLUMBIA COURT OF APPEALS. Motions for leave to file petitions for writs of mandamus denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.

*Probable Jurisdiction Noted*

No. 74–1409. NORTH *v.* RUSSELL ET AL. Appeal from Ct. App. Ky. Probable jurisdiction noted.

*Certiorari Granted*

No. 74–882. DE CANAS ET AL. *v.* BICA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari granted. Reported below: 40 Cal. App. 3d 976, 115 Cal. Rptr. 444.

No. 74–1396. MICHELIN TIRE CORP. *v.* WAGES, TAX COMMISSIONER, ET AL. Sup. Ct. Ga. Certiorari granted. Reported below: 233 Ga. 712, 214 S. E. 2d 349.

No. 74–532. McKINNEY *v.* ALABAMA. Sup. Ct. Ala. Certiorari granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. Reported below: 292 Ala. 484, 296 So. 2d 228.